[No. 12464–1–I.   Division One.   September 6, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
K. LeCOUNT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–8–02874–8, Jack Richey, J. Pro Tem.,
entered October 4, 1982. *Affirmed* by unpublished opinion
per Callow, J., concurred in by Andersen, C.J., and Schol-
field, J.

[No. 4718–1–III.   Division Three.   September 8, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
RAY KUSTER II, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 81–1–00232–4, George T. Shields, J.,
entered July 23, 1981. *Reversed* and *remanded* by unpub-
lished per curiam opinion.

[No. 5007–6–III.   Division Three.   September 8, 1983.]

KENNETH M. NIXON, ET AL, *Respondents,* v. MARJORIE
L. BITTRICK, *Defendant,* MARIE L. RHINEHART,
*Appellant.*

Appeal from a judgment of the Superior Court for Pend
Oreille County, No. 7897, Sidney R. Buckley, J., entered
February 3, 1982. *Affirmed* by unpublished opinion per
Edgerton, J. Pro Tem., concurred in by Munson, C.J., and
Green, J.